FILED

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

DEC - 5 2007

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | |
| LUIS SOLANO, a.k.a. Gordo; ) | |
| VERONICA LOUIS BARNES; ) | |
| RUDOLFO VALENZUELA, ) | 2:07cr282-WKW |
|    a.k.a. Rudy; ) | 21 USC §§ 846 & 841(a)(1) |
| RONNIE DALE NOBLE; ) | |
| DANNY EVANS; ) | |
| VERA EVANS; ) | |
| STEVE CATON; ) | |
| ERIC LANE SAUCIER; ) | |
| THOMAS FRANK CAMPBELL, ) | |
|    a.k.a. Cherokee; ) | |
| THOMAS JACKSON TAYLOR; ) | |
| THOMAS GEORGE HARTMAN; ) | |
| DANNY LEE WOOD; ) | |
| CHRISTOPHER GILMER, ) | |
|    a.k.a. Chris Brown; ) | |
| CASEY BRIAN SHAFFER; and ) | |
| PATRICK WAYNE DISMUKES, ) | |
|    a.k.a. Dizzy ) | SUPERSEDING INDICTMENT |

The Grand Jury charges:

COUNT 1

From in or about December of 2005 until the filing of this indictment, in Autauga, Elmore, Montgomery, and Covington Counties in the Middle District of Alabama and elsewhere, the defendants,

LUIS SOLANO, a.k.a. Gordo;
VERONICA LOUIS BARNES;
RUDOLFO VALENZUELA, a.k.a. Rudy;
RONNIE DALE NOBLE;
DANNY EVANS;

VERA EVANS;
STEVE CATON;
ERIC LANE SAUCIER;
THOMAS FRANK CAMPBELL, a.k.a. Cherokee;
THOMAS JACKSON TAYLOR;
THOMAS GEORGE HARTMAN;
DANNY LEE WOOD;
CHRISTOPHER GILMER, a.k.a. Chris Brown;
CASEY BRIAN SHAFFER;
PATRICK WAYNE DISMUKES; a.k.a. Dizzy;

did knowingly and intentionally conspire, combine and agree with each other and with other persons both known and unknown to the Grand Jury to possess with intent to distribute and distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, and marijuana, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1). All in violation of Title 21, United States Code, Section 846.

## COUNT 2

That on or about the 30th day of January, 2007, in Autauga County, within the Middle District of Alabama, the defendant,

RONNIE DALE NOBLE,

did knowingly and intentionally distribute methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT 3

That on or about the 31st day of January, 2007, in Autauga County, within the Middle District of Alabama, the defendant,

RONNIE DALE NOBLE,

did knowingly and intentionally distribute methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT 4

That on or about the 9th day of February, 2007, in Autauga County, within the Middle District of Alabama, the defendant,

## RONNIE DALE NOBLE,

did knowingly and intentionally distribute methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

## FORFEITURE ALLEGATION

A.     Counts 1 through 4 of this indictment are hereby repeated and incorporated herein by reference.

B.     Upon conviction for any violation as alleged in Counts 1 through 4 of this indictment, the defendants,

## RONNIE DALE NOBLE,

shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any and all property constituting or derived from any proceeds the said defendant obtained, directly or indirectly, as a result of the said violation and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of any violation alleged in Counts 1 through 3 of this indictment.

C.     If any of the forfeitable property described in this forfeiture allegation, as a result of any act or omission of the defendant:

(1) cannot be located upon the exercise of due diligence;

(2) has been transferred or sold to, or deposited with, a third person;

(3) has been placed beyond the jurisdiction of the Court;

(4) has been substantially diminished in value; or,

(5) has been commingled with other property which cannot be subdivided without difficulty; the United States, pursuant to Title 21, United States Code, Section 853, intends to seek an order of this Court forfeiting any other property of said defendant up to the value of the forfeitable property.

All in violation of Title 21, United States Code, Section 841.

A TRUE BILL

*/s/ signature/*
FOREPERSON

*/s/ signature/*
JOHN T. HARMON
Assistant United States Attorney

*/s/ signature/*
A. CLARK MORRIS
Assistant United States Attorney

4