IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | WAIVER OF APPEARANCE FOR |
| ) | ARRAIGNMENT (Rule 10(b), |
| ) | Fed. R. Criminal. P.) |
| vs.    ) | |
| ) | 2:07CR-282-WKW |
| ) | |
| ) | |
| CHRISTOPHER GILMER    ) | |

I, **Christopher Gilmer**, charged in an indictment pending in the Middle District of Alabama in Violation of Title 21, U.S.C., 841(a)(1), do hereby *waive* my right to appear at an arraignment.

I acknowledge that I have received and reviewed a copy of the indictment and have agreed to enter a plea of not guilty.

1/16/08
Date

_____
Defendant

_____
Counsel for Defendant

*The defendant's request to waive appearance at the arraignment is hereby APPROVED.*

Jan 18, 2008
Date

_____
Judicial Officer