IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| vs. | ) | 2:07CR-282-WKW |
| | ) | |
| | ) | |
| CHRISTOPHER GILMER | ) | |

## NOTICE OF INTENT TO CHANGE PLEA

**COMES NOW** the Defendant, **Christopher Gilmer**, by and through counsel of record, and gives notice that he intends to change his plea from not guilty to guilty of the charge contained in Count 1 of the Indictment. COUNSEL FOR DEFENDANT GILMER RESPECTFULLY REQUESTS THAT THE CHANGE OF PLEA HEARING BE SCHEDULED BETWEEN NOVEMBER $24^{TH} - 28^{TH}$.

Respectfully submitted this 22nd day of October 2008.

                                                         s/ William R. Blanchard(BLA029)
                                                         WILLIAM R. BLANCHARD
                                                         Attorney for James Earl Hubbard
                                                         **BLANCHARD LAW OFFICES**
                                                         **505 South Perry Street**
                                                         **Post Office Box 746**
                                                         **Montgomery, Alabama 36101-0746**
                                                         **(334) 269-9691**
                                                         bill@blanchardlaw.com

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| vs. | ) | 2:07CR-282-WKW |
| | ) | |
| | ) | |
| CHRISTOPHER GILMER | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on October 22, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: AUSA Clark Morris, and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: n/a.

Respectfully submitted,

s/ William R. Blanchard(BLA029)
BLANCHARD LAW OFFICES
505 South Perry Street
Post Office Box 746
Montgomery, Alabama 36101-0746
Office: (334) 269-9691
Fax:    (334) 263-4766