**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | **CASE NO. 2:07-CR-282-WKW** |
| | ) | |
| **CHRISTOPHER GILMER** | ) | |

**ORDER**

It is **ORDERED** that the sentencing hearing for defendant Christopher Gilmer is **CONTINUED** from February 5, 2009, to **February 3, 2009, at 10:15 a.m.**

DONE this 7th day of January, 2009.

                                      /s/   W.  Keith Watkins
                              UNITED STATES DISTRICT JUDGE