# **MINUTES**

```
           IN THE UNITED STATES DISTRICT COURT FOR THE
             MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION
```

| HON. JUDGE W. KEITH WATKINS | AT MONTGOMERY, ALABAMA |
|---|---|
| DATE COMMENCED    FEBRUARY 3, 2009 | AT 10:35 A.M./P.M. |
| DATE COMPLETED    FEBRUARY 3, 2009 | AT 11:01 A.M./P.M. |

UNITED STATES OF AMERICA

VS.                                                   CR NO.  2:07cr282-013-WKW

CHRISTOPHER GILMER

| PLAINTIFF(S)/GOVERNMENT | APPEARANCES | DEFENDANT(S) |
|---|---|---|
|  | X |  |
| AUSA Clark Morris | X | Atty. William Blanchard |
|  | X |  |
|  | X |  |
|  | X |  |

COURT OFFICIALS PRESENT:

| Ann Roy | Jessica Friedman | Risa Entrekin |
|---|---|---|
| Courtroom Clerk | Law Clerk | Court Reporter |

PROCEEDINGS:

SENTENCING

| 10:35 AM | Sentencing hearing commenced. Terms of Plea Agreement stated for the record. Plea agreement accepted. Court's **ORAL ORDER** granting [361] Motion for Downward Departure and [362] Motion for Reduction in Criminal Offense Level for Acceptance of Responsibility. Defendant's **ORAL MOTION** for modification of PSR to strike AKA "Chris Brown" from the PSR. Court's **ORAL ORDER** granting oral motion to strike AKA "Chris Brown" from the PSR. Parties **ORAL MOTION** for variance; **ORAL ORDER** granting oral motion for variance. Sentence imposed. Defendant remanded to USMS. |
|---|---|
| 11:01 AM | Hearing concluded. |