✎PROB 35
(Rev. 5/01)

**Report and Order Terminating Probation**
**Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

Middle District of Alabama

UNITED STATES OF AMERICA

v.   Crim. No.   2:07cr282-WKW

CHRISTOPHER GILMER

On February 3, 2009 the above named was placed on supervised release for a period of 3 years. The supervised releasee has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the supervised releasee be discharged from supervision.

Respectfully submitted,

/s/ Chris Robertson
United States Probation Officer

# ORDER OF COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this _____ day of _____, 20 _____.

CHIEF U. S. DISTRICT JUDGE